Lawrence H. Meuers (LM-3461)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 04 2008 ★

BROOKLYN OFFICE



Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

 

| | |
|---|---|
| **NEW GENERATION PRODUCE CORP.,** a New York corporation, | CASE NO.: |
| **Plaintiff,** | **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| **vs.** | **GARAUFIS, J.** |
| **WAN XING LONG, INC. d/b/a MAPLE SUPERMARKET, a New York corporation, KENNY CHAN, an individual, and BI ZHEN ZHANG, an individual,** | |
| **Defendants.** | |

COMES NOW, Plaintiff, New Generation Produce Corp., a private, non-governmental party, by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted this 3rd day of November, 2008.

MEUERS LAW FIRM. P.L.

By: _Lawrence H. Meuers_

Lawrence H. Meuers (LM-3461)
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff