| | |
|---|---|
| UNITED STATES DISTRICT COURT for the Eastern District of New York | ATTORNEY(S): LAWRENCE H. MEUERS MEUERS LAW FIRM, P.L. ADDRESS: 5395 Park Central Court Naples, Florida 34109 |

NEW GENERATION PRODUCE CORP., a New York corporation,

Plantiff(s)/Petitioner(s)

vs

WAN XING LONG, INC. d/b/a MAPLE SUPERMARKET, a New York corporation, SIN TUNG CHAN, an individual, KENNY CHAN, an individual, and BI ZHEN ZHANG, an individual,

Defendant(s)/Respondent(s)

**AFFIDAVIT OF SERVICE**

INDEX #: 08-cv-4485-(NNG)

DATE PURCHASED:

County of **Kings**, State of New York I, **ALDO E. ALLEVA, JR.** being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age and resides **Brooklyn, NY**
On **February 23rd, 2009** at **8:32 P.M.**
at **250-56 39th Road, Little Neck, NY 11363-1409**
deponent served the within **SUMMONS IN A CIVIL ACTION & FIRST AMENDED COMPLAINT**
ON: **SIN TUNG CHAN**

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally, deponent knew the person served to be the person described as said person therein.

**CORPORATION** [ ] A _____ by delivering thereat a true copy of each to _____ personally, deponent knew said so served to be the _____ described as the named defendant and knew said individual to be the authorized agent thereof.

**SUITABLE AGE PERSON** [X] by delivering a true copy of each to **LINDA CHAN** a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [X] dwelling house (usual place of abode) within the state. I asked the person spoken to whether the defendant actually resides/is employed at these premises and received an affirmative reply.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____
Day_____ Date_____ Time_____ Day_____ Date_____ Time_____

**MAILING BY CERTIFIED MAIL** [ ] Within one day thereafter on _____ by certified mail, and an additional second copy by regular first class mail to the recipient's last known [ ] residence [ ] place of business at _____

**MAILING BY CERTIFICATE OF MAILING** [X] Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope property addressed to recipient at recipient's last known [X] residence [ ] place of employment at **250-56 39th Road, Little Neck, NY 11363-1409** On date **FEB 24, 2009** in an official depository under the exclusive care and custody of the U.S. Postal Services within New York State. The envelope bore the legend "Personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney of concerned an action against the recipient.

**DESCRIPTION** [X] A description of the Defendant/Respondent, or other person served, or spoken to on behalf of the Defendant/Respondent is as follows:
Sex **F** Race/Skin **Yellow** Color of Hair **Black** Approx. Age **25-35** Approx. Height **5'4"-5'8"** Approx. Weight **100-130**
Other Identifying Features _____

**WITNESS FEES** [ ] $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [X] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the United State of New York and was informed he/she was not.

Sworn to before me on this

24th day of February, 2009

_Aldo E. Alleva_ (signature)
Notary Public  Kings County, New York
**(Father)**
ALDO E. ALLEVA
Notary Public, State of New York
No. 24-5054125
Qualified in Kings County
Commission Expires March 30, 2010

_Aldo E. Alleva_ (signature)
ALDO E. ALLEVA, JR.
Process Server's Lic # **1093656**
**(Son)**

**ALLEVA PROCESS**
2280 McDonald Avenue
Brooklyn, NY 11223
1 (718) 372 3795

